UNIFTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post Effective-Date Debtor, and the Wind Down Trust,<br><br>          Plaintiff,<br><br>     v.<br><br>Jane Street Group, LLC; Jane Street Capital, LLC; Bryce Pratt; Robert Granieri; Michael Huang,<br><br>          Defendants. | Case No.: 1:26-cv-01536-DEH<br><br>**ORAL ARGUMENT REQUESTED** |

## <u>NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>

**PLEASE TAKE NOTICE** that, upon Defendants' Memorandum of Law in Support of

Defendants' Motion to Dismiss Plaintiff's Complaint, the accompanying Declaration of Thomas

Q. Lynch and the exhibits attached thereto, and all the pleadings filed in this action, Defendants

Jane Street Group, LLC, Jane Street Capital, LLC, Bryce Pratt, Robert Granieri, and Michael

Huang hereby move this Court before the Honorable Dale E. Ho, United States District Judge for

the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and

time to be determined by this Court, for an order pursuant to Federal Rules of Civil Procedure

12(b)(6) and 12(b)(1), dismissing with prejudice the complaint filed by Plaintiff Todd R. Snyder,

as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post Effective-Date Debtor,

and the Wind Down Trust, for failure to state a claim and lack of standing, and granting such

other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Joint Stipulation and Order

to Set Briefing Schedule and Page Limits for Defendants' Motion to Dismiss entered on April 8,

2026 (Dkt. No. 24), any opposition to this motion shall be filed on or before June 11, 2026, and

any reply in support of this motion shall be filed on or before July 13, 2026.

Dated: April 23, 2026
New York, New York

CLEARY GOTTLIEB STEEN &
HAMILTON LLP


By: */s/ Rishi N. Zutshi*

Rishi N. Zutshi
Samuel Levander
Thomas Q. Lynch
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
rzutshi@cgsh.com
slevander@cgsh.com
tlynch@cgsh.com

Matthew Solomon
Katherine McGuire
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: 202-974-1500
F: 202-974-1999
msolomon@cgsh.com
kmcguire@cgsh.com

*Counsel for Defendants Jane Street Group, LLC; Jane Street Capital, LLC; Bryce Pratt; Robert Granieri; and Michael Huang*

2