# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2085
rzutshi@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

May 8, 2026

<u>**VIA ECF:**</u>

Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *Snyder v. Jane Street Group, LLC, et al.*, Case No. 1:26-cv-01536-DEH

Dear Judge Ho:

We write on behalf of Defendants Jane Street Group, LLC, Jane Street Capital, LLC, Bryce Pratt, Robert Granieri, and Michael Huang (collectively, "Defendants") in the above-captioned action (the "Action") to update the Court regarding Defendants' Letter-Motion to Seal Plaintiff's Complaint and Exhibits C, D, and J to the Declaration of Thomas Q. Lynch, filed on April 23, 2026, Dkt. No. 26 (the "Letter-Motion to Seal"), which seeks to unseal much of the Defendants' own information currently sealed in the publicly filed Complaint, while applying limited redactions to protect sensitive information relating to the identities and contact information of non-party individuals.

Following Defendants' submission of the Letter-Motion to Seal, the parties continued to confer and have now reached agreement that (i) Defendants will further narrow the redactions being sought to protect the information of non-party individuals; and (ii) Plaintiff will not oppose the remainder of Defendants' proposed redactions (the "Unopposed Proposed Redactions").

Versions of the Complaint and Exhibit J to the Declaration of Thomas Q. Lynch showing Defendants' Unopposed Proposed Redactions have been provisionally filed under seal as Exhibits 1 and 2 to the accompanying Declaration of Katherine McGuire.  Defendants' Unopposed Proposed Redactions are indicated with orange highlights, and Plaintiff's original redactions to the Complaint are indicated with yellow highlights.  There are no changes to the proposed redactions to Exhibits C and D to the Declaration of Thomas Q. Lynch that were provisionally filed under seal on April 23, 2026, which Plaintiff does not oppose.  Dkt. No. 31.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

For the reasons set forth in Defendants' Letter-Motion to Seal, Defendants respectfully request that the Court allow the Complaint and Exhibits C, D, and J to the Declaration of Thomas Q. Lynch to be filed publicly with the Unopposed Proposed Redactions.

Respectfully submitted,

*/s/ Rishi N. Zutshi*
Rishi N. Zutshi

cc: All Counsel of Record (ECF)