**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post Effective-Date Debtor, and the Wind Down Trust, <br><br> Plaintiff, <br><br> v. <br><br> Jane Street Group, LLC; Jane Street Capital, LLC; Bryce Pratt; Robert Granieri; Michael Huang, <br><br> Defendants. | Case No.: 1:26-cv-01536-DEH |

**DECLARATION OF THOMAS Q. LYNCH IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Thomas Q. Lynch, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member of the bar of this Court and an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel to Jane Street Group, LLC; Jane Street Capital, LLC; Bryce Pratt; Robert Granieri; and Michael Huang (together, the "Defendants").  I respectfully submit this declaration in support of the Defendants' Motion to Dismiss Plaintiff's Complaint (the "Motion").

2.      Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of the website CoinMarketCap titled *TerraClassicUSD*, accessed Apr. 22, 2026, available at https://coinmarketcap.com/currencies/terrausd/.

3.      Attached hereto as **Exhibit B** is a true and correct copy of relevant portions of the website CoinMarketCap titled *Terra Classic*, accessed Apr. 22, 2026, available at https://coinmarketcap.com/currencies/terra-luna/.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the document beginning with Bates number JaneStreet00001124, which was originally produced by Jane Street in *SEC v. Terraform Labs Pte Ltd. & Do Hyeong Kwon*, No. 23-cv-1346 (JSR) (S.D.N.Y.), subsequently deemed produced by Jane Street in Terraform's bankruptcy proceeding, *In re Terraform Labs Pte. Ltd., et al.*, No. 24-10070 (BLS) (Bankr. D. Del. May 1, 2024), and designated Highly Confidential by Jane Street pursuant to the Confidentiality Stipulation and Protective Order (Dkt. No. 263-1) in Terraform's bankruptcy proceeding.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the document beginning with Bates number JaneStreet00000394, which was originally produced by Jane Street in *SEC v. Terraform Labs Pte Ltd. & Do Hyeong Kwon*, No. 23-cv-1346 (JSR) (S.D.N.Y.), subsequently deemed produced by Jane Street in Terraform's bankruptcy proceeding, *In re Terraform Labs Pte. Ltd., et al.*, No. 24-10070 (BLS) (Bankr. D. Del. May 1, 2024), and designated Highly Confidential by Jane Street pursuant to the Confidentiality Stipulation and Protective Order (Dkt. No. 263-1) in Terraform's bankruptcy proceeding.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Verdict in *SEC v. Terraform Labs Pte Ltd. & Do Hyeong Kwon*, No. 23-cv-1346 (JSR) (S.D.N.Y. Apr. 5, 2024), Dkt. No. 229.

7.      Attached hereto as **Exhibit F** is a true and correct copy of the Final Judgment in *SEC v. Terraform Labs Pte Ltd. & Do Hyeong Kwon*, No. 23-cv-1346 (JSR) (S.D.N.Y. June 12, 2024), Dkt. No. 273.

8.      Attached hereto as **Exhibit G** is a true and correct copy of the Judgment in

*United States v. Do Hyeong Kwon*, No. 23-cr-151 (PAE) (S.D.N.Y. Dec. 12, 2025), Dkt. No. 63.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the transcript of the August 12, 2025 plea hearing before the United States District Court for the Southern District of New York in *United States v. Do Hyeong Kwon*, No. 23-cr-151 (PAE) (S.D.N.Y. Oct. 21, 2025), Dkt. No. 51.

10.     Attached hereto as **Exhibit I** is a true and correct copy of the transcript of the December 11, 2025 sentencing hearing before the United States District Court for the Southern District of New York in *United States v. Do Hyeong Kwon*, No. 23-cr-151 (PAE) (S.D.N.Y. Dec. 30, 2025), Dkt. No. 67.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the document beginning with Bates number JaneStreet00001354, which was originally produced by Jane Street in *SEC v. Terraform Labs Pte Ltd. & Do Hyeong Kwon*, No. 23-cv-1346 (JSR) (S.D.N.Y.), subsequently deemed produced by Jane Street in Terraform's bankruptcy proceeding, *In re Terraform Labs Pte. Ltd., et al.*, No. 24-10070 (BLS) (Bankr. D. Del. May 1, 2024), and designated Highly Confidential by Jane Street pursuant to the Confidentiality Stipulation and Protective Order (Dkt. No. 263-1) in Terraform's bankruptcy proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2026 in New York, New York.

Thomas Q. Lynch