# EXHIBIT C

From: ███████ █ ███████
Sent: 6/3/2022 7:13:29 PM
To: ███████ ██████ ████████
Subject: Fwd: 5/7 luna

To retain a record

---------- Forwarded message ---------
From: ███████ < ████████████ >
Date: Fri, 3 Jun 2022, 20:11
Subject: 5/7 luna
To: ██████ < ████████████ >

[5:14 am, 07/05/2022] ███ : Hey. LUNA getting hit
[5:14 am, 07/05/2022] ███ : 6-7h until mhuang in
[5:15 am, 07/05/2022] ███ : I'm a tad nervous - can't really tell but possibly $80m withdrawn from anchor?
[5:15 am, 07/05/2022] ███ : And $1m more since I started watching a few mins ago
[5:15 am, 07/05/2022] ███ : I'm not at home but will try to look on my phone, I guess it's maybe 20% away from really scary territory still at a glance?
[5:15 am, 07/05/2022] ███ : Ack
[5:16 am, 07/05/2022] ███ : Was there any news you heard?
[5:16 am, 07/05/2022] ███ : No, but not looked
[5:20 am, 07/05/2022] ███ : I don't see anything at a glance, I forget the exact details on the maths but assume at some price the chance of depeg has gone up enough to make us want to withdraw
[5:20 am, 07/05/2022] ███ : Yeah, I think you and I have both been nervous for a while
[5:20 am, 07/05/2022] ███ : At a guess if it goes into the 60s in the next few hours I would want out
[5:21 am, 07/05/2022] ███ : At 19.5% (and probably higher roc) I thought Luna $70
[5:21 am, 07/05/2022] ███ : We are at odds with people who say LFG have $30bn LUNA so no worries
[5:22 am, 07/05/2022] ███ : $3bn XBT helps a bit now
[5:23 am, 07/05/2022] ███ : I kind of buy that in the short term LFG can probably do various things to prevent a major disaster, although it seems like a major negative update if they need to step in at all
[5:24 am, 07/05/2022] ███ : The only cost to withdrawing and then redepositing is gas and slippage on getting in and out of Luna/UST right? It probably is rational to pull stuff out around a big crash just given the elevated chance of a depeg locally
[5:25 am, 07/05/2022] ███ : If you don't think it costs much
[5:25 am, 07/05/2022] ███ : The question will be how much impact we have on UST premium selling on binance
[5:26 am, 07/05/2022] ███ : Trying to see capacity of curve also - but I don't trust myself doing the bridge steps
[5:27 am, 07/05/2022] ███ : https://curve.fi/factory/53
[5:34 am, 07/05/2022] ███ : Tried calling mhuang but not picking up unsurprisingly
[5:34 am, 07/05/2022] ███ : I think I'll log on and take out $50m to start selling on binance?
[5:35 am, 07/05/2022] ███ : Maybe Michael does some curve stuff larger later
[5:37 am, 07/05/2022] ███ : Sounds reasonable, on the margin I'd lean towards thinking this isn't a big enough update to want to get stuff out yet given the prior consensus but I also don't hate doing stuff now to see how well the market tolerates it
[5:38 am, 07/05/2022] ███ : I will keep looking, not far from the office so can probably get in in 15 min at any point if that helps
[5:39 am, 07/05/2022] ███ : Ideally I just get the funds to binance and then others sells out

Confidential Treatment Requested by Jane Street

[5:40 am, 07/05/2022] ███ : So if you can do that selling that seems good - guessing on trader is a little busy
[5:40 am, 07/05/2022] ███ : There is $5m a tick behind which we can start with
[5:40 am, 07/05/2022] ███ : Curve 3pool I think is 12bps under
[5:42 am, 07/05/2022] ███ : Can let you know when I've withdrawn, and sold $5m
[5:42 am, 07/05/2022] ███ : Ack, I just pinged ███ and he said it's not that busy so he can probably also help
[5:47 am, 07/05/2022] ███ : Ta
[6:28 am, 07/05/2022] ███ : Assume.you are not needed unless you hear otherwise
[6:28 am, 07/05/2022] ███ : Thanks!
[6:28 am, 07/05/2022] ███ : Ack
[11:39 am, 09/05/2022] ███ : Potentially worth adding these wallets to monitoring also, both for this particular event and because they might be competitors.

https://twitter.com/resonancethis/status/1523609290938130433?s=21&t=9PIkD6Ufbf0hXox-i74-wQ