# EXHIBIT D

**From:** Michael Huang [mhuang@janestreet.com]
**Sent:** 5/8/2022 2:24:29 AM
**To:** ███████ ███████
**CC:** ███████ ███████ ]; ███████ ███████ ]; ███████

**Subject:** Re: UST / Anchor

Updates:

We have fully exited our Anchor position and sold all of our UST (193m)
 - 16m UST during HK hours at ~0.9995
During new york hours, we sold:
 - 92m UST at 0.9978 on binance
 - 85m UST at 0.9942 on curve in one swap.
This swap garnered some twitter attention:
https://twitter.com/curveswaps/status/1523059517486891008?s=21&t=E oZsH7vMCDRacbHzV6djQ
https://twitter.com/larry0x/status/1523070322358239232?s=21&t=E oZsH7vMCDRacbHzV6djQ
We should fully retire:
1. this metamask wallet (Account 4 in 500)
2. the terrastation wallet (500)
3. get binance terra deposit address
We should think hard about how to minimize this kind of visibility going
forward

We've seen 2.2b of outflows from anchor today. 193m was us, 601m borrows
were returned, so roughly 1.4b of outflows so far (10:20pm nyc)

UST/USDT price action on binance



Traded as low as 1.5% under, rallied back to 50bps under with ~$100m of
trading, then has been drifting down since.

Regarding trades to do going forward:

Confidential Treatment Requested by Jane Street

```
Some guidelines for buying UST are
 - UST/USDT at the 0.985 level, buy 5% of the volume up to $25m
 - UST/USDT at the 0.980 level, buy 10% of the volume up to an additional
$75m + sell a quarter of the size in BTC
```

On Sat, May 7, 2022 at 11:08 AM ███████████████████████ ≥ wrote:
Not sure if / what size Celsius could offer LUNA paired with XBT
incentivized loans from Celsius

On Sat, May 7, 2022 at 11:06 AM █████████████████████ ≥ wrote:
For bLUNA, I'm looking for a way to find a 0-ev position, and put one half of it in a place where crash-to-0 risks are correlated

Something like:
long bLUNA at Anchor, to collateralise a UST borrow, which we then deposit to earn 20%
short LUNA perps at binance (or a LUNA borrow where we are paying something around the staking rate)

On Sat, May 7, 2022 at 9:51 AM ████████████████████████ ≥ wrote:
My belief now is that USDD is not a material risk to our position, but I'm curious if Michael learns more

I read his latest email after sending this. That's an update for me towards USDD being more of a risk since there are serious trading firms whitelisted, but the cap on USDD supply and the difficulty of getting whitelisted are still very important questions

On Sat, May 7, 2022 at 9:45 AM ████████████████████████ ≥ wrote:
I think with COMAR up a little, price down, and not that much time until when I wanted to start withdrawing according to my last email on this topic, doing a little closing seems reasonable. I probably would have said let's start slow (maybe 2m first day and speeding up from there). My belief now is that USDD is not a material risk to our position, but I'm curious if Michael learns more

My understanding is that the LFG deals allow you to stake the locked up LUNA on, e.g., lido, but not on anchor

On Sat, May 7, 2022 at 7:58 AM Michael Huang <mhuang@janestreet.com> wrote:
████████ updated the amount we had in TERRASTATION on CW to be 148m UST (note this caused a $3m pnl diff - which we believe is interest we have earned)

```
Agree the diff is interest.  I never bothered updating our snap for
interest, planned on resolving accounting when we exited.
```

UST/USDT on binance is about 10bps better on the 1st dollar than https://curve.fi/factory/53

```
I think we can sell 150m UST/USDT on curve for 0.9971 = 26bp difference
from binance top of book
Currency reserves:
 - UST: 675,226,409.47 (54.81%)
 - 3Crv: 556,734,779.83 (45.19%)
There isn't that much room though, only a couple hundred m available
here.  That's a fraction of outstanding deposits.  If we feel any
urgency, we should be immediately sell here.
```

Confidential Treatment Requested by Jane Street

The two of us are probably the most bearish / worried about depeg risk - but given the cost to withdrawing and redepositing is foregone interest, trivial gas fees, and impact in and out, we decided withdrawing some made sense - pending further discussion / mhuang seeing this

News from thursday was:
"LFG swapped 1 billion $UST for $1 billion worth of $BTC with Genesis, and the LFG purchased an additional $500 million worth of BTC via 3AC"
Current BTC reserves are 2.9b, and total reserves are 3.1b.  I think I'm less overall worried than you two.
I'd be more worried if USDD yield looks very real.  I'll spend this morning exploring that.
I'd also be more worried if LUNA sells off further relative to ETH.


Have we considered *borrowing* UST on anchor? And then using that to deposit and earn 18%?

Is the collateral we post safe as long as we stay healthy - and when we return our UST borrow, we receive back our collateral? Or is there a mechanism by which our collateral gets haircut if someone else gets liquidated?

This is overcollateralized right?
UST crash to 0 and LUNA crash to 0 are approximately the same risk in my head.  So bLUNA doesn't make any sense.
We can consider using bETH, but these are wrapped staked assets on Terra.  If LUNA goes to 0, what happens to the Terra blockchain?
If you told me that retrieving bETH was not a problem in the event that UST goes to 0, I guess I just don't believe you...


When Jump bought LUNA from LFG, what form is it in? Can they deposit it on Anchor, and borrow UST against it?

Hmm... good question.  At least a chunk of it was in "iou" (meaning its sitting in LFG's wallet, and LFG collects staking rewards which go into anchor yield reserve until vesting time is up).  I don't see the LUNA in LFG's wallet atm.  Will have to dig into this.
I think the answer is "no they can't use it on Anchor".


There is also a "participate in liquidations" button here - https://app.anchorprotocol.com/#/borrow do you know thresholds and mechanisms for liquidations

Mechanism is through a liquidation queue.  Bids in "percent below oracle price" are submitted to the queue.



There are a couple of protocols that make this easy to manage.
x-axis is discount to some oracle price at time of liquidation.

Confidential Treatment Requested by Jane Street

JaneStreet00000396

y-axis is dollars deposited (in UST) at each discount.
Liquidations basically get sold through this "order-book"


LFG in talks about getting in on the Elon Twitter deal as well (don't
think this changes much, but might cost them some money)

On Sat, May 7, 2022 at 2:05 AM ███████████ ██████████████ ▷ wrote:
(Not fully thought through yet - just spoke briefly with ██████ sending scratch ideas for people to think
through further)

Have we considered *borrowing* UST on anchor? And then using that to deposit and earn 18%?
Is the collateral we post safe as long as we stay healthy - and when we return our UST borrow, we receive
back our collateral? Or is there a mechanism by which our collateral gets haircut if someone else gets
liquidated?

Is the correlation of bLUNA and UST interesting w.r.t. how well collateralised anchor is in extreme move
scenarios?

When Jump bought LUNA from LFG, what form is it in? Can they deposit it on Anchor, and borrow UST
against it?

There is also a "participate in liquidations" button here - https://app.anchorprotocol.com/#/borrow
@Michael Huang do you know thresholds and mechanisms for liquidations

On Sat, May 7, 2022 at 1:47 AM ███████████████ ██████████████ ▷ wrote:
Woke up to a LUNA price of $74 which makes me start to get nervous about depeg risk
Based on https://app.anchorprotocol.com/#/
$80m had been withdrawn since the snapshot yesterday

Discussed some with ████. He couldn't see any news at first glance.
The two of us are probably the most bearish / worried about depeg risk - but given the cost to
withdrawing and redepositing is foregone interest, trivial gas fees, and impact in and out, we decided
withdrawing some made sense - pending further discussion / mhuang seeing this

UST/USDT on binance is about 10bps better on the 1st dollar than https://curve.fi/factory/53
For $100m, could sell on curve 20bps below binance - which mhuang has mentioned is the place to trade
if we want to trade in size fast

I withdraw 45m (out of 193m) from Anchor - sent to binance.
███████ hit a $5m bid at 0.9997 (1 tick through the bid of 0.9998)

He's going to continue to refresh at that price assuming LUNA price stays above $70


---


We didn't book any of the anchor/terrastation transactions. They are on C152 of defi tab of gsheet (also
copied below)
- https://docs.google.com/spreadsheets/d/1o8ZP7OW4Oo1jPDokUBJEljxoSKpgxUpTTNnvrvNrKt8/edit
#gid=926824470
██████ updated the amount we had in TERRASTATION on CW to be 148m UST (note this caused a
$3m pnl diff - which we believe is interest we have earned)

| ████ trades on 5/7 | |
|---|---|
| 1003.6 UST withdrawn from anchor | received |
| 1002.1 UST sent from terra to biance | received |
| 45250250 UST withdrawn from anchor (for 36.291m aUST) | received |
| 14100100 UST terra to binance | received |
| 14200200 UST terra to binance | received |
| 16950000 UST terra to binance | received |
| | |
| **THINGS TO LOOK AT** | |
| https://curve.fi/factory/53 | |
| UST 3-pool on curve | |
| | |
| | |
| https://app.anchorprotocol.com/#/ | |
| snapshot 5/6 | 14090 |
| 5/7 midnight-ish | 14010 |
| 5/7 1:30am (when we withdraw 45m) | 13955 |
| 5/7 1:40 AM | 13,946 |

--

████

Jane Street Financial Limited
2 & A Half
Devonshire Square
London
EC2M 4UJ

████████████

████████

http://janestreet.com/

--

████████

Jane Street Financial Limited
2 & A Half
Devonshire Square
London
EC2M 4UJ

████████████

**Confidential Treatment Requested by Jane Street**

JaneStreet00000398



http://janestreet.com/

--

Jane Street Financial Limited
2 & A Half
Devonshire Square
London
EC2M 4UJ

http://janestreet.com/

--

Jane Street Financial Limited
2 & A Half
Devonshire Square
London
EC2M 4UJ

http://janestreet.com/

Confidential Treatment Requested by Jane Street