# EXHIBIT J

| | |
|---|---|
| **From:** | ███████████████████████ |
| **Sent:** | 5/9/2022 8:53:28 PM |
| **To:** | Rob Granieri [rgranieri@janestreet.com] |
| **CC:** | █████████████████████████████████████ |
| | █████████████ |
| **Subject:** | Re: Crypto Intro |

I think this is luna related; looping in me and ████ seems right

On Mon, May 9, 2022 at 4:49 PM Rob Granieri <rgranieri@janestreet.com> wrote:
I plan to say yes but maybe will ask to pull in ████ and ████?
Any idea what this might be about?

---------- Forwarded message ---------
From: ████████ <████████████████>
Date: Mon, May 9, 2022 at 4:48 PM
Subject: Crypto Intro
To: rgranieri@janestreet.com <rgranieri@janestreet.com>
Cc: Dave Olsen ██████████████████, William DiSomma <wdisomma@jumptrading.com>

Hi Rob,

Hope all is well your end...

Apologies for a short email but I wanted to shoot you a quick intro to Bill DiSomma one Jumps owners, as well as Dave Olsen, President and CIO.

Would you have some time asap to talk about a couple of semi urgent items with them???

Thx
███

Note: This email is for the confidential use of the named addressee(s) only and may contain proprietary, confidential, or privileged information and/or personal data. If you are not the intended recipient, you are hereby notified that any review, dissemination, or copying of this email is strictly prohibited, and requested to notify the sender immediately and destroy this email and any attachments. Email transmission cannot be guaranteed to be secure or error-free. The Company, therefore, does not make any guarantees as to the completeness or accuracy of this email or any attachments. This email is for informational purposes only and does not constitute a recommendation, offer, request, or solicitation of any kind to buy, sell, subscribe, redeem, or perform any type of transaction of a financial product. Personal data, as defined by applicable data protection and privacy laws, contained in this email may be processed by the Company, and any of its affiliated or related companies, for legal, compliance, and/or business-related purposes. You may have rights regarding your personal data; for information on exercising these rights or the Company's treatment of personal data, please email datarequests@jumptrading.com.