**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD R. SNYDER, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust, <br><br>        Plaintiff, <br><br>    v. <br><br>JANE STREET GROUP, LLC; JANE STREET CAPITAL, LLC; BRYCE PRATT; ROBERT GRANIERI; and MICHAEL HUANG, <br><br>        Defendants. | Case No. 1:26-cv-01536-DEH |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned respectfully enters her appearance as counsel of record in the above-captioned action on behalf of Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust, and requests that all subsequent papers be served upon her at the address indicated below.

Dated: June 10, 2026

/s/ Sara Shaw Tatum

Sara Shaw Tatum
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
sara.tatum@kirkland.com

*Counsel for Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust*