# KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Judson Brown, P.C.
To Call Writer Directly:
+1 202 389 5082
judson.brown@kirkland.com

+1 202 389 5000

Facsimile:
+1 202 389 5200

www.kirkland.com

**VIA CM/ECF**

June 11, 2026

Honorable Dale E. Ho
U.S. District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re: *Snyder v. Jane Street Group, LLC, et al*., Case No. 1:26-cv-01536-DEH

Dear Judge Ho:

     Plaintiff Todd R. Snyder, as Plan Administrator for the jointly administered estates of Terraform Labs Pte. Ltd and Terraform Labs Limited and the Wind Down Trust established under the Second Amended Chapter 11 Plan of Liquidation entered in *In re Terraform Labs Pte. Ltd. et al.*, Case No. 24-10070 (Bankr. D. Del.) ("Plaintiff"), respectfully moves pursuant to Local Rule 6(d) for leave to file under seal and/or in redacted form certain portions of Plaintiff's Opposition to Defendants' Motion to Dismiss and Exhibit 1 of the Brown Declaration.

     The proposed redactions have been made solely to conform with Defendants' confidentiality designations and the parties' prior agreement regarding redactions, *see* Dkt. 36. Plaintiff does not seek to seal its own information. Plaintiff has notified Defendants of their obligation under the Court's Local Rule 6(d)(i) to file, "within three business days, a letter explaining the need to seal or redact the document[s]."

                                  Respectfully submitted,

                                  */s/ Judson Brown*
                                  Judson Brown, P.C.

cc: All Counsel of Record (ECF)