CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2085
rzutshi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

July 13, 2026

**<u>VIA ECF:</u>**

Honorable Dale E. Ho
U.S. District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Snyder v. Jane Street Group, LLC, et al*., Case No. 1:26-cv-01536-DEH

Dear Judge Ho:

Pursuant to Rule 4(e) of Your Honor's Individual Rules and Practices, all parties jointly request oral argument. Given the complexity of the Complaint and motion, all parties agree that oral argument would likely assist the Court's resolution of Defendants' motion to dismiss.

*[Remainder of page left intentionally blank]*

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Sarah E. McVay*

John P. Del Monaco
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
john_delmonaco@kirkland.com

Michael F. Williams, P.C.(admitted *pro hac vice*)
Judson Brown, P.C. (admitted *pro hac vice*)
Sarah E. McVay (admitted *pro hac vice*)
Caroline Milner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mwilliams@kirkland.com
jdbrown@kirkland.com
sarah.mcvay@kirkland.com

Casey J. McGushin (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
casey.mcgushin@kirkland.com

Sara Shaw Tatum
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
sara.tatum@kirkland.com

*Counsel for Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

*/s/ Rishi N. Zutshi*

Rishi N. Zutshi
Samuel Levander
Thomas Q. Lynch
One Liberty Plaza
New York, NY 10006
T: 212-225-2000
F: 212-225-3999
rzutshi@cgsh.com
slevander@cgsh.com
tlynch@cgsh.com

Matthew Solomon (admitted *pro hac vice*)
Katherine McGuire (admitted *pro hac vice*)
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: 202-974-1500
F: 202-974-1999
msolomon@cgsh.com
kmcguire@cgsh.com

*Counsel for Defendants Jane Street Group, LLC; Jane Street Capital, LLC; Bryce Pratt; Robert Granieri; and Michael Huang*