UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD R. SNYDER,

Plaintiff,

v.

JANE STREET GROUP, LLC, et al.,

Defendants.

26-CV-1536 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has received Defendants' motion to dismiss, ECF No. 28, filed on April 23, 2026; Plaintiff's memorandum of law in opposition, ECF No. 41, filed on June 11, 2026; and Defendants' reply, ECF No. 49, filed on July 13, 2026. The parties jointly request oral argument pursuant to Rule 4(e) of the Court's Individual Rules and Practices. ECF No. 50. The parties are **ORDERED** to appear before the Court for a hearing on **Monday, December 21, 2026, at 11:30 a.m.** in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated: November 6, 2026
New York, New York

DALE E. HO
United States District Judge